1  J. Russell Stedman (117130)
   Kathleen E. Dyer (227216)
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California 94108
   Telephone: (415) 434-2800
4  Facsimile: (415) 434-2533

5  Attorneys for Defendant
   METROPOLITAN LIFE INSURANCE COMPANY
6  and KAISER FOUNDATION EMPLOYEE BENEFIT
   PLAN
7
   LAURENCE F. PADWAY (89314)
8  Law Offices of Laurence F. Padway
   1516 Oak Street, Suite 109
9  Alameda, California 94501
   Telephone: (510) 814-0680
10 Facsimile: (510) 814-0650

11 Attorney for Plaintiff
   LEONARD FOX
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16 | LEONARD FOX,                          ) CASE NO.: C 05-02421 SBA
                                           )
17 |        Plaintiff,                     ) **STIPULATION AND [PROPOSED]**
                                           ) **ORDER SELECTING ADR PROCESS**
18 | vs.                                   )
                                           ) **ADR CERTIFICATION**
19 | KAISER FOUNDATION EMPLOYEE            )
     BENEFIT PLAN; METROPOLITAN LIFE       )
20 | INSURANCE COMPANY,                    )
                                           )
21 |        Defendants.                    )
   |_____)

22

23        The parties stipulate to participate in the following ADR process:

24 Court Process:

25        Mediation. The parties request that the mediator have experience handling claims under

26 ERISA.

27

28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

\\bwladata\lao\office7\7197\098\05Pleadings\ADR Stipulation and Cert.doc

C 05-02421 SBA

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1  Dated: September 26, 2005

BARGER & WOLEN LLP

By: /s/ Kathleen E. Dyer
    J. Russell Stedman
    Jordan S. Altura
    Kathleen E. Dyer
    Attorneys for Defendant
    METROPOLITAN LIFE INSURANCE
    COMPANY and KAISER
    FOUNDATION EMPLOYEE BENEFIT
    PLAN

Dated: September 25, 2005

LAW OFFICES OF LAURENCE F. PADWAY

By: _____
    LAURENCE F. PADWAY
    Attorneys for Plaintiff
    LEONARD FOX

IT IS SO ORDERED:

Dated: _____

_____
SANDRA BROWN ARMSTRONG
Unites States District Judge

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

C 05-02421 SBA

SEP-25-2005 15:32  LAURENCE PADWAY  510 814 0650  P.02/05

1  SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

2      Pursuant to Civ. L.R. and ADR L.R. 3-5(b), each of the undersigned certifies that he or
3  she has read either the handbook entitled "Dispute Resolution Procedures in the Northern
4  District of California," or the specified portions of the ADR Unit's Internet site
5  <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by
6  the court and private entities, and considered whether this case might benefit from any of
7  them.

8      (*Note: This Certification must be signed by each party and its counsel.*)

9      Please see the ADR Certification executed by Plaintiff and Plaintiff's counsel and filed on
10 September 19, 2005 that is attached hereto as Exhibit "A".

12 Dated: Sept. 23, 2005        _____/s/ Steven R. Shulman_____
13                              METROPOLITAN LIFE INSURANCE Counsel,
                                COMPANY and KAISER FOUNDATION MetLife
14                              EMPLOYEE BENEFIT PLAN

16 Dated: September 26, 2005    /s/ Kathleen E. Dyer
                                J. RUSSELL STEDMAN
17                              KATHLEEN E. DYER
                                Attorney for Defendant
18                              METROPOLITAN LIFE INSURANCE
                                COMPANY

BARGER & WOLEN LLP
633 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

C 05-02421 SBA

TOTAL P.02